IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN

DEC - 5 2007

BY_____
DEPUTY CLERK

| | |
|---|---|
| IN RE: ) | |
| ) | |
| AREDIA and ZOMETA PRODUCTS ) | |
| LIABILITY LITIGATION ) | |
| ) | No. 3:06-MDL-01760 |
| ) | Judge Campbell |
| SUSAN EBERHART ) | Magistrate Judge Brown |
| ) | |
| vs. ) | |
| ) | |
| NOVARTIS PHARMACEUTICALS ) | |
| CORPORATION ) | |
| ) | |
| Case No. 3 07 1191 ) | |

## AMENDED COMPLAINT

Plaintiff files this Amended Complaint pursuant to the Order (DE 785) entered on November 14, 2007 as follows:

01.     Plaintiff, Susan Eberhart, is a citizen of the State of Georgia. She resides in Fulton County. A doctor prescribed her AREDIA and ZOMETA. As a result, she suffered osteonecrosis of the jaw.

02.     Defendant Novartis Pharmaceuticals Corporation ("Novartis") is a Delaware corporation with its principal place of business located at One Health Plaza, East Hanover, New Jersey 07936-1080.

03.     During all times relevant hereto, Novartis was in the business of manufacturing, marketing, distributing, promoting, testing, labeling, and selling AREDIA and ZOMETA.

04.     This Court has *in personam* jurisdiction and venue. Novartis markets AREDIA and ZOMETA to physicians in Tennessee so that they will prescribe it to their patients in Tennessee.

Novartis distributes and sells AREDIA and ZOMETA to patients in Tennessee. Novartis compensates agents who "pitch" the drug to doctors here in Tennessee. Novartis sends instructional materials about the drugs and other Novartis products to patients and physicians in Tennessee. Novartis profits from health maintenance organizations administered in Tennessee. Patients in Tennessee remit a co-payment to pharmacists when purchasing Novartis products. Novartis profits from patients in Tennessee who use its medications. Novartis "resides" in the Middle District of Tennessee through its agents.

05. AREDIA and ZOMETA are bisphosphonates. The principal pharmacologic action of AREDIA and ZOMETA are inhibition of bone resorption. Bisphosphonates prevent and treat osteoporosis in post-menopausal women. Stronger forms of bisphosphonates are used in the management of advanced cancers that have metastasized to the bone. When bisphosphonates are given in cancer chemotherapy, drugs like AREDIA and ZOMETA are given intravenously and usually for longer periods.

06. Taking AREDIA and ZOMETA increase the risk of osteonecrosis of the jaw, including the maxilla (bone). Taking AREDIA and ZOMETA causes osteonecrosis of the bone. Novartis made labeling changes in September and October of 2003, but these changes were inadequate to warn consumers and remain so to this date.

## COUNT I. STRICT LIABILITY

07. Novartis was engaged in the business of manufacturing, creating, designing, testing, labeling, sterilizing, packaging, supplying, marketing, selling, advertising, warning, and otherwise distributing AREDIA and ZOMETA in interstate commerce, which it then sold and distributed throughout the world. Therefore, Novartis is a manufacturer and this is a product liability action as
2

specified by Tennessee common law.

08. The Plaintiff was taking AREDIA and ZOMETA in a reasonably foreseeable manner

09. AREDIA and ZOMETA reached her without a substantial change in condition.

10. She was not aware of and reasonably could not have discovered the specific danger of severe osteonecrosis associated with the use of AREDIA and ZOMETA.

11. AREDIA and ZOMETA increase the risk of osteonecrosis of the jaw. AREDIA and ZOMETA causes osteonecrosis of the jaw. Therefore, AREDIA and ZOMETA are "unreasonably dangerous / defective products" as specified by Tennessee common law due to Novartis' failure to warn the Plaintiff.

12. These unreasonably dangerous / defective drugs increase the risk of osteonecrosis of the jaw. These drugs cause bisphosphonate-induced osteonecrosis. The Plaintiff has suffered osteonecrosis of the jaw. She has sustained compensatory damages in an amount to be proven at trial.

13. Novartis also acted recklessly as defined by the Tennessee Supreme Court in *Hodges v. S.C. Toof & Co*, 833 S.W.2d 896 (Tenn. 1992). Therefore the Plaintiff seeks imposition of punitive damages in order to punish Novartis and deter other drug companies from the same wrongdoing.

## COUNT II. NEGLIGENCE

14. Novartis owed the Plaintiff a common law duty to use reasonable care in manufacturing, creating, designing, testing, labeling, sterilizing, packaging, supplying, marketing, selling, and advertising of AREDIA and ZOMETA. This duty included a warning about the danger of bisphosphonate-induced osteonecrosis.

3

15. Novartis breached that duty of care in one or more of the following respects:

   a. Failing to test and inspect AREDIA and ZOMETA in a reasonable manner in order to ascertain whether or not it was safe and proper for the purpose for which they were designed, manufactured, and sold;

   b. Failing to utilize and implement a reasonably safe design in the manufacture of AREDIA and ZOMETA;

   c. Failing to manufacture AREDIA and ZOMETA in a reasonably safe condition;

   d. Failing to warn the Plaintiff of the danger of bisphosphonate-induced osteonecrosis;

   e. Failing to label AREDIA and ZOMETA reasonably so as to warn the Plaintiff of the danger of bisphosphonate induced osteonecrosis; and

   f. Manufacturing AREDIA and ZOMETA, which are unreasonably dangerous / defective drugs.

16. Furthermore, Novartis is guilty of negligence *per se*. Novartis violated the Federal Food, Drug and Cosmetic Act, 21 U.S.C. § 301, *et seq.*, and the Sherman Food, drug and Cosmetic Law, as well as other applicable laws, statutes, and regulations. Novartis' acts and omissions constitute an adulteration and/or misbranding as defined by the Federal Food, Drug and Cosmetic Act, 21 U.S.C. § 331. This is negligence *per se*.

17. Novartis failed to meet the standard of care set forth by the following statutes and regulations. Legislators enacted these statutes and regulations for the benefit of a specific class of citizens. The Plaintiff is part of this class. Therefore, Novartis is negligent *per se* in the following respects:

   (a) The labeling lacked adequate information on the use of the drugs AREDIA and ZOMETA (21 C.F.R. Section 201.56[a] and [d]);

4

(b) The labeling failed to provide adequate warnings of severe and disabling medical conditions including, without limitations, osteonecrosis of the jaw, and other adverse medical conditions as soon as there was reasonable evidence of their association with the drugs (21 C.F.R. 201.57[e]);

(c) There was inadequate information for patients for the safe and effective use of Novartis' drugs (21 C.F.R. 201.57[f][2]);

(d) There was inadequate information regarding special care to be exercised by the doctor for safe and effective use of Novartis' drugs (21 C.F.R. 201.57[f][2]); and

(e) The labeling was misleading and promotional (21 C.F.R. 201.56[b]).

18. Novartis' negligence is the proximate cause of all damages. The Plaintiff suffered osteonecrosis of the jaw. She has sustained compensatory damages in an amount to be proven at trial.

WHEREFORE, the Plaintiff requests that a jury be impaneled and that this Court award compensatory damages and punitive damages in an amount specified by the jury.

Respectfully submitted,

ROBERT G. GERMANY, MSB #4800
PITTMAN, GERMANY, ROBERTS
   & WELSH, L.L.P.
410 South President Street (39201)
Post Office Box 22985
Jackson, Mississippi 39225-2985
Telephone: 601-948-6200
Facsimile: 601-948-6187

And

F. DULIN KELLY, TNB #04085
CLINTON L. KELLY, TNB #16171
ANDY L. ALLMAN, TNB #17857
KELLY, KELLY & ALLMAN
629 East Main Street
Hendersonville, TN 37075
Telephone: 615-824-3703
Facsimile: 615-822-7339

And

C. PATRICK FLYNN, TNB #2718
MICHAEL K. RADFORD, TNB #12763
FLYNN and RADFORD ATTORNEYS, P.C.
Seven Springs I, Suite 150
320 Seven Springs Way
Brentwood, TN 37207
Telephone: 615-370-9448
Facsimile: 615-370-9313

## CERTIFICATE OF SERVICE

I, Robert G. Germany, hereby certify that I have on this ___ day of December, 2007 served, via United States Mail, postage pre-paid, a true and correct copy of the foregoing pleading to the following:

**Andy L. Allman**
Kelly, Kelly & Allman
629 E. Main Street
Hendersonville, TN 37075
(615) 824-3703
kellykellyallman@comcast.net

**Earl B. Austin**
Baker Botts, LLP
2001 Ross Ave., Suite 900
Dallas, TX 75201-2980
(214) 953-6500
(214) 953-6503 (fax)
earl.austin@bakerbotts.com

**Russel H. Beatie**
Beatie & Osborn, LLP
521 Fifth Ave., Suite 3400
New York, NY 10175
(212) 888-9000
(212) 888-9664 (fax)
bhunter@bandolaw.com

**Bradford Berge**
Holland & Hart, LLP
110 N. Guadalupe Suite 1
P.O. Box 2208
Santa Fe, NM 87504-2208
(505) 988-4421
Fax: (505) 983-6043
bberge@hollandhart.com

**Mary F. April**
The Coates Law firm
12012 S Shore Boulevard Suite 107
Wellington, FL 33414
(561) 333-4911
(561) 333-4988 (fax)
mapril@coateslawfirm.com

**Catherine R. Baumer**
Spriggs & Hollingsworth
1350 I Street, NW, 9th Floor
Washington, DC 20005
(202) 898-5800
(202) 682-1639 (fax)
cbaumer@spriggs.com

**Richard C. Bennett**
Bennett, Johnson & Galler
1901 Harrison St., 16th Floor
Oakland, CA 94612
(510) 444-5020
(510) 835-4260 (fax)
richardb@bjglawyers.com

**Adam J. Berger**
Schroeter, Goldmark & Bender
810 Third Avenue Suite 500
Seattle, WA 98104
(206) 622-8000
(206) 682-23005 (fax)
berger@sgb-law.com

7

**Turner W. Branch**
The Branch Law Firm
2025 Rio Grande Boulevard, NW
Albuquerque, NM 87104
(505) 243-3501
Fax: (505) 243-3534
tbranch@branchlawfirm.com

**Robert W. Briley**
Briley Law Group, PLLC
511 Union Street, Suite
1610 Nashville, TN 37219
(675) 986-2684
rob@brileylaw.com

**Eugene C. Brooks, IV**
Brooks Law Firm
P.O. Box 9545
Savannah, GA 31412-9545
(912) 233-9696
(912) 232-8690
gbrooks@brooks-law.com

**James A. Bruen**
Farella, Braun & Martel, L.L.P.
235 Montgomery Street, 30th Floor
San Francisco, CA 94104
(415) 954-4400
(415) 954-4736 (fax)
jbruen@fbm.com

**Eric J. Buhr**
Reed Smith, LLP
355 S. Grand Avenue Suite 2900
Los Angeles, CA 90071-1514

**Michael Campbell**
Holland & Hart, LLP
110 N. Guadalupe, Suite I
P.O. Box 2208
Santa Fe, NM 87504-2208
(505) 988-4421
(505) 983-6043 (fax)
mcampbell@hollandhart.com

**Andrew J. Carboy**
Sullivan, Papain, Block, McGrath & Cannavo
120 Broadway, 18th Floor
New York, NY 10271
(212) 732-9000
(212) 266-4141 (fax)
acarboy@triallaw1.com

**Myers Carroll Cayer**
Terrell, Hogan
233 E. Bay Street, Suite 800
Jacksonville, FL 32202-3451
(904) 632-2424
(904) 632-0549 (fax)
cayer@terrellhogan.com

**Howard K. Coates, Jr.**
The Coates Law Firm
12012 S Shore Boulevard, Suite 107
Wellington, FL 33414
(561) 333-4911
(561) 333-4988 (fax)
hcoates@coateslawfirm.com

**Andrew L. Colocotronis**
Baker, Donelson, Beannan, Caldwell &
    Berkowitz, P.C.
900 South Gay Street
2200 Riverview Tower
Knoxville, TN 37902
aolocotronis@bakerdonelson.com

**Jim C. Curtis**
Kemp Smith, LLP
221 N. Kansas St., Suite 1700
El Paso, TX 79901
(915) 533-4424
(915) 546-5360 (fax)
jcurtis@kempsmith.com

**Vicente de la Cruz**
The Branch Law Firm
2025 Rio Grande Boulevard, NW
Albuquerque, NM 87104
(505) 243-3500
Fax: (505) 243-8319
vdelacruz@branchlawfirm.com

**Jeffrey A. Dickey**
Spriggs & Hollingsworth
1350 I Street, NW, 9th Floor
Washington, DC 20005
(202) 898-5853
(202) 602-1639 (fax)
jdickey@spriggs.com

**Penelope A. Dixon**
Carlton Fields, P.A.
P.O. Box 3239
4221 W. Boy Scout Blvd, Suite 1000
Tampa, FL 33601-3239
(813) 223-7000
(813) 229-4133 (fax)
pdixon@carltonfields.com

**Brian J. Connelly**
Gould, Cooksey, Fennell, Barkett,
    O'Neill & Marine
979 Beachland Boulevard
Vero Beach, FL 32963-1688
(865) 549-7000
(772) 231-2020 (fax)

**Paul Anthony Daniels**
Teague, Rotenstreich & Stanaland
P.O. Box 1898
Greensboro, NC 27402-1898
(336)272-4810
Fax: (336)272-2448
pad@trslaw.com

**Annesley H. Degaris**
Cory, Watson, Crowder & Degaris, P.C.
2131 Magnolia Ave.
Birmingham, AL, 35205
(205) 328-2200
(205) 324-7896(fax)
adegaris@cwcd.com

**Pamela J. Diedrich**
Mason, Cawood & Hobbs, PA
69 Franklin Street
Annapolis, MD 21401
(410) 269-6620
(410) 269-5452 (fax)
pjd@mkc-law.com

**James W. Dodson**
Law Offices of James W. Dodson
1259 Myrtle Avenue South
Clearwater, FL 33756
(727) 446-0840
(727) 446-0850
jim@jwdodsonlaw.com

9

**Scott Eldredge**
Burg, Simpson, Eldredge, Hersh &
    Jardine, P.C.
40 Inverness Drive, East
Englewood, CO 80112
(303)792-5595
(303)708-0527 (fax)
seldredge@burgsimpson.com

**Deirdre C. Gallagher**
Spencer, Fane, Britt & Browne, LLP
One North Brentwood Blvd Suite 1000
Clayton, MO 63105-3925
(314) 863-7733
(314) 862-4656
Tampa, FL 33601-3239
dgallagher@spencerfane.com

**Robert G. Germany**
Pittman, Germany, Roberts & Welsh, LLP
410 S. President Street
Jackson, MS 39201
(601) 948-6200
(601) 948-6187 (fax)
rgg@pgrwlaw.com

**David R. Gronbach**
Moynahan & Minnella, LLC
141 T. Main Street
Waterbury, CT 06722
(203) 573-1411
(203) 757-9313 (fax)
dgronbach@moynnahannlawfirm.com

**Thomas W. Hayde, Jr.**
Spencer, Fane, Britt & Browne, LLP
One North Brentwood Blvd, Suite 1000
Clayton, MO 63105-3925
(314) 863-7733
(314) 862-4656
thayde@spencerfane.com

**Donald W. Fowler**
Spriggs & Hollingsworth
1350 I Street, NW, 9th Floor
Washington, DC 20005
(202) 898-5800
(202) 682-1639 (fax)
dfowler@spriggs.com

**Edward W. Gerecke**
Carlton Fields, P.A.
P.O. Box 3239
4221 W. Boy Scout Blvd., Ste. 1000
(813) 223-7000
(813) 229-4133 (fax)
egerecke@carltonfields.com

**Alvin M. Gomez**
Gomez Law Group
8910 University Center Lane, Suite 550
San Diego, CA 92122
(858) 552-0000
(858) 552-8505 (fax)
agomez@thegomezlawgroup.com

**Peter H. Gunst**
Astrachan, Gunst & Thomas, P.C.
217 E. Redwood Street, Suite 2100
Baltimore, MD 21202
(410) 783-3550
(410) 783-3530
pgunst@agtalawyers.com

**Frederick G. Helmsing, Jr.**
McDowell, Knight, Roedder & Sledge, LLC
63 S. Royal St., Suite 900
P.O. Box 350
Mobile, AL 36602
(251) 432-5300
(251) 432-5302 (fax)
fhelmsing@mcdowellknight.com

**Joe G. Hollingsworth**
Spriggs & Hollingsworth
1350 I Street, NW, 9th Floor
Washington, DC 20005
(202) 898-5800
(202) 682-1639 (fax)
jhollingsworth@spriggs.com

**Robert E. Johnston**
Spriggs & Hollingsworth
1350 I Street, NW, 9th Floor
Washington, DC 20005
(202) 898-5800
(202) 682-1639 (fax)
rjohnston@spriggs.com

**Clinton L. Kelly**
Kelly, Kelly & Allman
629 E. Main Street
Hendersonville, TN 37075
kellykellyallman@comcast.net

**James B. King**
Keefe, King & Bowman, P.S.
West 601 Main Avenue, Suite 1102
Spokane, WA 99201
(509) 624-8988
(509) 623-1380
jking@kkbowman.com

**Katharine R. Latimer**
Spriggs & Hollingsworth
1350 I Street, NW, 9th Floor
Washington, DC 20005
(202) 898-5800
(202) 682-1639 (fax)
klatimer@spriggs.com

**Fred Cromwell Isaac**
Foerster, Isaac & Yeikes, P.A.
2468 Atlantic Boulevard
Jacksonville, FL 32207
US
(904) 396-3160
(904) 348-0927 (fax)
fisaac@fly-attorneys.com

**Thomas Q. Keefe, Jr.**
6 Executive Woods Court
Belleville, IL 62226
(618) 236-2221
(618) 236-2194
debbie@tqkeefe.com

**Fred Dulin Kelly**
Kelly, Kelly & Allman
629 E. Main Street
Hendersonville, TN 37075
kellykellyallman@comcast.net

**Dan E. LaBelle**
Halloran & Sage, LLP
315 Post Road West
Westport, CT 06880
(203) 227-2855
(203) 227-6992 (fax)
labelle@halloran-sage.com

**Dara Lovitz**
Anapol, Schwartz, Weiss, Cohan,
    Feldman & Smalley, P.C.
1710 Spruce Street
Philadelphia, PA 19103
(215) 790-4577
dlovitz@anapolschwartz.com

11

**Roy Lenard Mason**
Mason, Cawood & Hobbs, PA
69 Franklin Street
Annapolis, MD 21401
(410) 269-6620
(410) 269-5452 (fax)
rmason@mkc-law.com

**Michael L. McCluggage**
Wildman Harrold
225 W. Wacker Drive, Suite 3000
Chicago, IL 60606
(312) 201-2000
(312) 201-5555 (fax)
mccluggage@wildmanharrold.com

**Philip J. Miller**
Beatie & Osborne
521 Fifth Avenue, 34th Floor
New York, NY 10175
(212) 888-9000
(212) 888-9664 (fax)
pmiller@bandolaw.com

**Melanie H. Muhlstock**
Parker & Waichman, LLP
111 Great Neck Road, 1st Floor
Great Neck, NY 11021-5402
(516) 466-6500
mmuhlstock@yourlawyer.com

**Ncholas S. Nassif**
3055 Wilshire Blvd., Ste. 900
Los Angeles, CA 90010
(213) 736-1899
nsnassif@pacbell.net

**Stephen E. Matasich**
Day Ketterer, Ltd.
Millennium Center
200 Market Ave., N., Suite 300
P.O. Box 24213
Canton, OH 44701-4213
(330) 455-0173
(330) 455-2633 (fax)
sematasich@dayketterer.com

**Ronald E. McMillan**
Watkins & Eager
P. O. Box 650
400 E. Capitol Street, Ste. 300
Jackson, MS 39205
(601) 948-6470
rmcmillan@watkinseager.com

**Mildred M. Morris**
Watkins & Eager
P. O. Box 650
400 E. Capitol Street, Ste. 300
Jackson, MS 39205
(601) 948-6470
mmorris@watkinseager.com

**Michael T. Mullen**
Paul B. Episcope, LLC
77 W. Washington Street, Suite 300
Chicago, IL 60602
(312) 782-6636
mtm@episcopeltd.com

**Sarah Olson**
Wildman Harrold
225 W. Wacker Drive, Suite 3000
Chicago, IL 60606
(312) 201-2000
(312) 201-5555 (fax)
olson@wildmanharrold.com

**Daniel A. Osborn**
Beatie & Osborn
521 Fifth Avenue, 34th Floor
New York, NY 10175
(212) 888-9000
(212) 888-9664 (fax)
dosborn@bandolaw.com

**Peter G. Pappas**
Nexsen, Pruet, Adams & Kleezneier, PLLC
P.O. Box 3463
Greensboro, NC 27402
(336) 373-1600
(336) 273-5357 (fax)
ppappas@npaklaw.com

**Heather A. Pigman**
Spriggs & Hollingsworth
1350 I Street, NW, 9th Floor
Washington, DC 20005
(202) 898-5800
(202) 682-1639 (fax)
hpigman@spriggs.com

**Crymes G. Pittman**
Pittman, Germany, Roberts & Welsh, LLP
410 S. President Street
Jackson, MS 39201
(601) 948-6200
(601) 948-6187 (fax)
cgp@pgrwlaw.com

**Joseph E. Roberts, Jr.**
Pittman, Germany, Roberts & Welsh, LLP
410 S. President Street
Jackson, MS 39201
(601) 948-6200
(601) 948-6187 (fax)
jer@pgrwlaw.com

**Mark N. Osborn**
Kemp Smith, LLP
221 N Kansas Street, Suite 1700
El Paso, TX 79901
(915) 533-4424
(915) 546-5360 (fax)
mosborn@kempsmith.com

**Jerrold S. Parker**
Parker & Waichman, LLP
111 Great Neck Road, 1st Floor
Great Neck, NY 11021-5402
(516) 466-6500
jerry@yourlawyer.com

**Michael Pilarz**
Law Offices of Michael Pilarz
237 Main Street, Suite 650
Buffalo, NY 14203-2713
(716) 852-4351
(716) 852-6457 (fax)
law@pilarz.com

**Michael A. Pohl**
Law Office of Michael A. Pohl
11111 Katy Freeway, Suite 910
Houston, TX 77079
(713) 652-0100
(713) 650-0687 (fax)
pohlatty@aol.com

**Thomas E. Rubbert**
Law Offices of Thomas E. Rubbert
790 E. Colorado Blvd., 9th Fl.
Pasadena, CA 91101
(626) 793-2773
rubbertlaw@aol.com

**Christopher A. Seeger**
Seeger Weiss, LLP
550 Broad Street, Suite 920
Newark, NJ 07102
(973) 639-9100
(973) 639-9393 (fax)
eseeger@seegerweiss.com

**Michael F. Seelie**
Michael E. Seelie, P.A.
2468 Atlantic Boulevard
Jacksonville, FL 32210
(904) 858-1895
(904)858-1898 (fax)
mseelie@comcast.net

**Yanika C. Smith**
Baker, Donelson, Bearman, Caldwell
 & Berkowitz, PC
Commerce Center, Suite 1000
211 Commerce Street
Nashville, TN 37201
(615) 726-5600
ysmith@bakerdonelson.com

**Ethan D. Stein**
Gibbons, Del Deo, Dolan, Griffinger
 & Veccione
One Pennsylvania Plaza, 37th Floor
New York, NY 10119-3701
(212) 649-4700
(212) 333-5980 (fax)
estein@gibbonslaw.com

**Peter D. Tarpey**
Paul B. Episcope, LLC
77 W. Washington St., Suite 300
Chicago, IL 60602
(312) 782-6636
pdt@episcopeltd.com

**Edward M. Sledge, III**
McDowell, Knight, Roedder & Sledge, LLC
63 S. Royal St., Suite 900
P.O. Box 350
Mobile, AL 36602
(251) 432-5300
esledge@mcdowellknight.com

**Gregory S. Spizer**
Anapol, Schwartz, Weiss, Cohan,
 Feldman & Smalley, P.C.
1710 Spruce Street
Philadelphia, PA 19103
(215) 790-4578
(215) 875-7722 (fax)
gspizer@anapolscbwartz.com

**Lewis T. Stoneburner**
Cantor Arkema, P.C.
Bank of America Center
1111 E. Main Street
P.O. Box 561
Richmond, VA 23218-0561
(804) 644-1400
lstoneburner@cantorarkema.com

**Linda Laurent Thomas**
Thomas & Wan, LLP
909B Est Main
Houston, TX 77006
(713) 529-1177
(713) 529-1116 (fax)
lthomas@thomasandwan.com

14

**John O. Threadgill**
Threadgill Law Firm
9724 Kingston Pike, Suite 701
Knoxville, TN 37922
(865) 588-4100
(865) 588-4120
jthreadgill@threadgillfirm.com

**Bart T. Valad**
Law Firm of Bart T. Valad, PLLC
3863 Plaza Drive
Fairfax, VA 22030
(703) 352-4800
(703) 352-4820 (fax)
bvalad@valadlaw.com

**Jenny M. Virden**
Chapman, Lewis & Swan
P. O. Box 2801
Madison, MS 39130
(601) 605-9081
jvirden@bellsouth.net

**John S. Wallach**
100 South Brentwood Blvd. Suite 300
St. Louis, MO 63105-1635
(314) 241-2500
(314) 241-2215 (fax)
john@wallachwolff.com

**Wallace B. Wason, Jr.**
Cantor Arkema, P.C.
Bank of America Center
1111 E. Main St.
P.O. Box 561
Richmond, VA 23218-0561
(804) 644-1400
wwason@cantorarkema.com

**Windle Turley**
Law Offices of Windle Turley, P.C.
1000 Turley Law Center
6440 N. Central Expressway
Dallas, TX 75206
(214) 691-4025
Toll-free: 800-692-4025
(214) 361-5802 (fax)
windle@wturley.com

**John Vecchione**
Law Firm of Bart T. Valad, PLLC
3863 Plaza Drive
Fairfax, VA 22030
(703) 352-4800
(703) 352-4820 (fax)
jvecchione@valadlaw.com

**Stephanie D. Wade**
Baker Botts, LLP
2001 Ross Ave., Suite 900
Dallas, TX 75201-2980
(214) 953-6500
(214) 953-6503 (fax)
stephanie.wade@bakerbotts.com

**Michelle W. Wan**
Thomas & Wan, LLP
909B West Main
Houston, TX 77006
(713) 529-1177
(713) 529-1116 (fax)
mwan@thomasandwan.com

**Derrick K. Watson**
Farella, Braun & Martel, L.L.P.
235 Montgomery St., 30th Floor
San Francisco, CA 94104
(415) 954-4400
(415) 954-4736 (fax)
dwatson@fbm.com

**John C. Weisensell**
Bernlohr & Wertz
301 Nantuck Building
23 S. Main Street
Akron, OH 44308
(330) 434-1000
(330) 434-1001 (fax)
jack@b-wlaw.com

**William P. Woods**
Woods & Woods, LLP
208 NB 4th Street
Evansville, IN 47708-1353
(812) 426-7205
(812) 426-7207 (fax)
bwoods@woodslawyers.com

**Roxanne M. Wilson**
Reed Smith LLP
355 S. Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
(213) 457-8000
(213) 457-8080 (fax)
rwilson@reedsmith.com

**Alicia M. Wyler**
Day Ketterer, Ltd.
Millennium Center, Suite 300
200 Market Ave., North
P.O. Box 24213
Canton, OH 44701-4213
(330) 455-0173
(330) 455-2633 (fax)
amwyler@dayketterer.com

and by U.S. Mail, postage prepaid to:

Kermit Morgan
3420 Ocean Park Boulevard Suite 3030
Santa Monica, CA 90405

_____
ROBERT G. GERMANY