UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SUSAN EBERHART,

    Plaintiff,

vs.

NOVARTIS PHARMACEUTICALS CORPORATION,

    Defendant.

CIVIL ACTION FILE

NO. 1:08-cv-2542-WSD

## J U D G M E N T

This action having come before the court, Honorable William S. Duffey, United States District Judge, for consideration of Defendant's Motion for Summary Judgment, and the court having granted said motion, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendant recover its costs of this action, and the action be, and the same hereby, is **dismissed**.

Dated at Atlanta, Georgia, this 31st day October, 2011.

JAMES N. HATTEN
CLERK OF COURT

By: /s/ K. Thornton
Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  October 31, 2011
James N. Hatten
Clerk of Court

By: /s/ K. Thornton
    Deputy Clerk